IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA M. BRINKMAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. C06-4036-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| MICHAEL J. ASTRUE, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to Sentence Four of 42 U.S.C. § 405(g), this case is REVERSED and REMANDED to the Commissioner for further development of the record.

Dated: July 6, 2007          PRIDGEN J. WATKINS
                                          Clerk

                                          /s/ des
                                          (By) Deputy Clerk